**MAGNOLIA I INC., A Mississippi Corporation; Hancock Entertainment LLC, a Louisiana Limited Liability Company; Weldon Frommeyer, Plaintiffs–Appellants,**

v.

**HANCOCK COUNTY MISSISSIPPI, a political subdivision of the State of Mississippi, Defendant–Appellee.**

No. 05–60570.

United States Court of Appeals, Fifth Circuit.

Sept. 11, 2006.

Luke Charles Lirot, Luke Charles Lirot, Clearwater, FL, for Plaintiffs–Appellants.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

William E. Whitfield, III, Beau A. Stewart, Bryant, Dukes & Blakeslee, Gulfport, MS, Ronald Joseph Artigues, Jr., Gex & Artigues, Waveland, MS, for Defendant–Appellee.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: [1]

AFFIRMED. *See* 5TH CIR. R. 47.6.[2]

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[2] The motion of appellee to strike Section A, pages 1–11, of appellant's reply brief is GRANTED.